

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00377-CV

L.A., III        APPELLANT

V.

D.A.        APPELLEE

-----------

### FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 324-572833-15

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered Appellant's "Voluntary Dismissal," in which Appellant states he "voluntarily dismisses" his appeal because the parties have settled their dispute. Thus, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). We tax costs against Appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED: November 17, 2016

---

[1]*See* Tex. R. App. P. 47.4.